*****Please be advised that the use of these forms may not be proper for your specific legal situation*****
****Please make an independent determination whether use of these forms is appropriate****

## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

Cameron V. Smith

Vaughan

(Enter full name of each Plaintiff, above)

§
§
§
§
§
§
§
§

vs. Essentia Health
Bell Bank
Sanford
The Pallet Co.

§
§
§
§
§
§
§
§
§
§
§

Civil Case No. _____
(To be assigned by Clerk of Court)

**JURY TRIAL DEMANDED** ☑Yes ☐No
(Check one)

(Enter full name of each Defendant, above)

## COMPLAINT

**I. JURISDICTION.** State the grounds for filing this case in Federal Court (include federal statutes or U.S. Constitutional provisions).

Falsifying LEGAL INFORMATION.
Assuming mental health without
proper diagnosis.

**SAMPLE COMPLAINT**                    1

**II. PLAINTIFF.** For each Plaintiff list: name and address including City, County and State.

Billing: 1301 20th Street S. Moorhead,
Clay County, Minnesota

**III. DEFENDANT.** For each Defendant list: name and address including City, County and State.

All Defendants located in Fargo, Cass County,
North Dakota. Preferably the entire
State.

**SAMPLE COMPLAINT**                    2

**IV. CLAIM.** State the facts of your claim. Include the name of each person involved, dates and places. Be as specific as possible. Do not give any legal argument or cite any cases or statutes. Use additional sheets of paper if necessary.

Sanford made an attempt at showing me DOPPLEGANGERS in an ATTEMPT to prove me wrong.

**V. ADMINISTRATIVE PROCEDURES.** If applicable, state whether your claim was heard by any administrative agencies; the type of proceedings; the date and place of any proceedings; the outcome of any administrative proceedings.

Indonesia.

**SAMPLE COMPLAINT**                3

**VI. RELIEF.** State what you want the Court to do for you.

I want 250 MILLION to make up for this. I'm dead serious, ALIVE & well.

**VII. SIGNATURE.** Each Plaintiff must individually sign this complaint.

Signed this **7th** day of **November**, 2024.

Cameron V. Smith
Signature of Plaintiff

Cameron V. Smith
Printed Name of Plaintiff

1301 20th South, #13
Mailing Address

Moorhead, MN 56560
City, State, Zip Code

725-242-7380
Telephone Number of Plaintiff

_____
Signature of Plaintiff

_____
Printed Name of Plaintiff

_____
Mailing Address

_____
City, State, Zip Code

_____
Telephone Number of Plaintiff

**SAMPLE COMPLAINT**                    4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

Plaintiff(s),

v.  Cameron V. Smith

CERTIFICATE OF SERVICE

Case No .

_____
Defendant(s).

     I hereby certify that an exact copy of the following document(s) was served upon all attorneys of record or upon all parties, if not represented by an attorney, by placing a copy in the United States Mail, postage prepaid, and mailing to their last known address.

Document(s) sent:

Names & Addresses to which the document(s) was sent:

Cameron V. Smith

Dated: November 7th, 2024    Cameron V. Smith
                                         Signature of Plaintiff